IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MIGUEL ANTONIO BAKER, ET AL,

    Defendants.

CRIMINAL ACTION NO.: 4:18CR230

## ORDER

This matter is before the Court on the Motion for Leave of Absence by Frank M. Pennington counsel for Plaintiff United States of America, for the dates of April 30, 2019 through and including May 3, 2019, May 24, 2019 through and including June 1, 2019 and July 3, 2019 through and including July 5, 2019. (Doc. 114.) After careful consideration, said Motion is **GRANTED**.

**SO ORDERED**, this _11th_ day of April, 2019.

_____
CHRISTOPHER L. RAY
MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA