# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 4:18-CR-230 |
| | ) | |
| v. | ) | |
| | ) | |
| MIGUEL ANTONIO BAKER, et al. | ) | |

## ORDER

Based upon the motion of the Government, and for good cause shown therein, the Government's motion for leave of absence is **GRANTED** for the following dates:

a) March 15 through 21, 2020 for personal leave

**IT IS FURTHER ORDERED** that should a hearing be set during those dates, a substitute Assistant United States Attorney may handle the matter.

**SO ORDERED**, this 21st day of January, 2020.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia